JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE WARD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION and DOE ONE through and including DOE TEN,<br><br>　　　　　　　Defendants. | Case No. 2:08-cv-02013-JHN-SSx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT**<br><br>*Hon. Jacqueline H. Nguyen* |

　　　　In accordance with the Findings of Fact and Conclusions of Law issued this date, it is hereby ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Costco Wholesale Corporation on all of Plaintiffs' claims. Defendant shall recover its costs.


IT IS SO ORDERED.


DATED: August 01, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT